IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 113 - UNA |
| ) | |
| COREY ROANE, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**    REDACTED

The Grand Jury for the District of Delaware charges that:

**Count One**

On or about August 1, 2007 in the State and District of Delaware, Corey Roane, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Springfield Armory, model XD, 40-caliber semi-automatic pistol, serial number US 445004, after having been convicted on or about May 20, 2003, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) all firearms and ammunition involved in the

FILED
AUG 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

commission of the offense, including but not limited to the following: a Springfield Armory, model XD, 40-caliber semi-automatic pistol, serial number US 445004 and ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley Frieder Wolf
Assistant United States Attorney

Dated: August 28, 2007