IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. __COREY ROANE__   CASE NO. __CR 07-113-JJF__

The defendant, __COREY ROANE__, having been scheduled for arraignment on __SEPTEMBER 6, 2007__

a continuance having been requested by __DEFENSE COUNSEL__

for the following reasons: __SCHEDULING CONFLICT__

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to __SEPTEMBER 20, 2007__

(2) The period between __SEPTEMBER 6, 2007__ and __SEPTEMBER 20, 2007__ shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 9/20/07



FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE