IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 07-113 JJF
:
COREY ROANE, :
:
    Defendant. :

### O R D E R

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Monday, October 15, 2007 at 1:45 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

 

September 26, 2007
DATE

                               /s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE