IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-113-SLR |
| COREY ROANE, | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 2nd day of November, 2007, this case having been reassigned;

IT IS ORDERED that the evidentiary hearing scheduled for **November 15, 2007** is **cancelled.** A telephonic status conference is scheduled to commence on **Tuesday, November 20, 2007** at **9:00 a.m.**, with the court initiating said call.

_____
United States District Judge