IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
    v.                          )   Crim. No. 07-113-SLR
                                )
COREY ROANE,                    )
                                )
            Defendant.          )

## ORDER

At Wilmington this 29th day of November, 2007, having conferred with

counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Wednesday,**

**December 19, 2007** at **3:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs

Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge