IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-113-SLR |
| | ) |
| COREY ROANE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 20th day of December, 2007, having continued the evidentiary hearing to explore additional issues;

IT IS ORDERED that:

1. Defendant shall file any motion to recuse on or before **January 11, 2008**. Plaintiff's response is due on **January 25, 2008** and defendant's reply is due on **February 1, 2008.**

2. The evidentiary hearing will recommence on **Wednesday, February 20, 2008** at **4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the case agent and police officers involved in

the events in issue are prohibited from speaking to each other or counsel about the substance of their testimony or the case in general.

_____
United States District Judge