IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-113-SLR |
| ) | |
| COREY ROANE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 14th day of February, 2008 having considered defendant's motion to compel and plaintiff's motion for partial relief, as well as the papers submitted in connection therewith;

IT IS ORDERED that said motions (D.I. 26, 29) are denied.

_____
United States District Judge