IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-113-SLR |
| | ) | |
| COREY ROANE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 25th day of February, 2008,

IT IS ORDERED that the evidentiary hearing will recommence on **Monday, March 17, 2008** at **1:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge