AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

U.S.A.

V.

Corey Roane

**EXHIBIT AND WITNESS LIST**

Case Number: 07-cr-113-SLR

| PRESIDING JUDGE<br>Sue L. Robinson | PLAINTIFF'S ATTORNEY<br>Lesley Wolf, Esquire | DEFENDANT'S ATTORNEY<br>Christopher Koyste, Esquire |
|---|---|---|
| TRIAL DATE (S)<br>12/19/07, 2/20/08, 3/17/08 | COURT REPORTER<br>V. Gunning | COURTROOM DEPUTY<br>N. Fasano-Newman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/19/07 | | YES | Recording of the police dispatch on August 1st (Murdock) |
| 1A | | 12/19/07 | -- | | Transcript of the portions of the dispatch played (Murdock) |
| 2 | | 12/19/07 | -- | | Picture of the Intersection in the Trolley Square Area (Murdock) |
| | 1 | 12/19/07 | | YES | Officer Rennewanz's police report (Rennewanz) (admitted on 3/17/08) |
| | 2 | 3/17/08 | | YES | Supplemental Report |
| | 3 | 3/17/08 | | YES | Complaint and affidavit (Gemmato) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages