

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

April 21, 2008

The Honorable Sue L. Robinson
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Corey Roane**
            **Crim. Action No. 07-113-SLR**

Dear Judge Robinson:

    At the conclusion of the evidentiary hearing on March 18, 2008, the Court requested that after receipt of the transcripts of the hearings, the government and defendant stipulate to a briefing schedule. The parties have now agreed to the following schedule.

| | |
|---|---|
| Government's Opening Brief | April 28, 2008 |
| Defendant's Opening Brief | May 19, 2008 |
| Government's Reply Brief | May 27, 2008 |

    Please feel free to contact me at the phone number above with any questions.

                      Respectfully submitted,

                      COLM F. CONNOLLY
                      United States Attorney

BY: *[signature]*
                      Lesley F. Wolf
                      Assistant United States Attorney

cc:    Christopher Koyste, Esquire