Christopher S. Koyste, LLC
Attorney at Law
709 Brandywine Boulevard
Bellefonte, Delaware 19809
(302) 762-5195  Fax (302) 762-1919
Email ckoyste@koyste.com
www.koyste.com

May 21, 2007

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re: United States vs. Corey Roane
      Criminal Action Number: 07-113-SLR

Dear Judge Robinson:

      Your Honor permitted the parties to determine a briefing schedule in relation to the suppression issues in this case. After recent discussions between the parties, it was agreed that the Defense could file its Answering Brief on May 21, 2008 and that the Government would file its Reply Brief no later than June 3, 2008. Provided that there are no issues that require additional filings with the Court, this schedule moves back the proposed completion of briefing date by no more than one week.

                                             Respectfully submitted,

                                             Christopher S. Koyste

CSK/jg

cc:  AUSA Leslie Wolf
     Mr. Corey Roane